UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH ODISH and CRANBROOK
CAPITAL CONSULTING GROUP, LLC.,

    Plaintiffs,

v.

Case No. 13-14026
Honorable Laurie J. Michelson
Magistrate Judge Paul J. Komives

PEREGRINE SEMICONDUCTOR, INC.,
MORGANTHALER VENTURES, GARY
MORGANTHALER, GAYLE MELISSA
MORGANTHALER, and DAVID JONES

    Defendants.

_____/

## JUDGMENT

In accordance with the Court's Opinion and Order dated March 11, 2015, the Court hereby enters judgment in favor of Defendants, granting Defendants' Motion to Dismiss and dismissing the case.

    s/Laurie J. Michelson
    LAURIE J. MICHELSON
    UNITED STATES DISTRICT JUDGE

Dated: March 11, 2015

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 11, 2015.

    s/Jane Johnson
    Case Manager to
    Honorable Laurie J. Michelson